# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE BUSSANICH, | No. 4:20-CV-01077 |
| Petitioner, | (Judge Brann) |
| v. | |
| WARDEN OF FCI-ALLENWOOD LOW, | |
| Respondent. | |

## ORDER

**JULY 16, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Bussanich's emergency 28 U.S.C. § 2241 petition (Doc. 1) is **DISMISSED** without prejudice; and

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge